FILED
Charlotte, NC

JAN 18 2023

Clerk, US District Court
Western District NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:23-cr-4-MOC |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violation: 18 U.S.C. § 922(g) |
| | ) | |
| ASHANTI JOYNER JACKSON | ) | |
| | ) | |

THE GRAND JURY CHARGES:

**COUNT ONE**
*(Possession of a Firearm by a Felon)*

On or about July 2, 2022, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ASHANTI JOYNER JACKSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a HS Produkt (IM Metal), model XD40, .40 caliber, semi-automatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) One HS Produkt (IM Metal), model XD40, .40 caliber, semi-automatic pistol, magazine, and ammunition seized on or about July 2, 2022.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

*Regina Pack*
REGINA HINSON PACK
ASSISTANT UNITED STATES ATTORNEY