# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

| | |
|---|---|
| CASE SEALED: ○ YES  ● NO | DOCKET NUMBER: 3:23-cr- 4 -MOC |

(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)

| | | |
|---|---|---|
| CASE NAME | :US vs | ASHANTI JOYNER JACKSON |
| COUNTY OF OFFENSE | : | MECKLENBURG |
| RELATED CASE INFORMATION | : | |
| Magistrate Judge Case Number | : | |
| Search Warrant Case Number | : | |
| Miscellaneous Case Number | : | |
| Rule 20b | : | |
| SERVICE OF PROCESS | : | ARREST WARRANT |

U.S.C. CITATIONS *(Mark offense carrying greatest weight):*   ○ Petty   ○ Misdemeanor   ● Felony

18 U.S.C. § 922(g)

JUVENILE:   ○ Yes   ● No

| | | |
|---|---|---|
| ASSISTANT U. S. ATTORNEY | : | REGINA PACK |
| VICTIM/WITNESS COORDINATORS: | | |

INTERPRETER NEEDED   :

LIST LANGUAGE AND/OR DIALECT:

REMARKS AND SPECIAL INSTRUCTIONS:

(Maintain form in the Attorney Work Product folder / purge before archiving)